**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re: Larry Klayman                            Case No. 3:22-mc-14-JRK

## ORDER

In a letter dated November 4, 2022, attorney Larry Klayman notified the Court that he has been suspended from the practice of law in the District of Columbia for eighteen months. Mr. Klayman also submitted a petition for relief from automatic suspension in the Middle District of Florida under Local Rule 2.04(b)(2). Upon receipt, the Court directed the Clerk of Court to docket the petition and attachments in a new miscellaneous case and designated the Honorable James R. Klindt to determine the petition. Mr. Klayman's automatic suspension in this Court is **stayed** pending a final ruling on the petition.

**DONE AND ORDERED** in Jacksonville, Florida, on November 8, 2022.



TIMOTHY J. CORRIGAN
Chief United States District Judge

Copies to:
Honorable James R. Klindt
Larry Klayman