## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE: LARRY KLAYMAN            Case No. 3:22-mc-14-JRK

_____

### O R D E R

This case is before the Court on the Petition of Larry Klayman to Not Impose Discipline Concerning Suspension by the District of Columbia Bar Pursuant to Rule 2.04 of this Honorable Court (Doc. No. 1; "Petition"), dated November 4, 2022 and filed November 8, 2022. By Order entered November 8, 2022 (Doc. No. 2), the Honorable Timothy J. Corrigan, Chief United States District Judge, Middle District of Florida, designated the undersigned to determine the petition. See Rule 2.04(b)(2), Local Rules, Middle District of Florida ("Local Rule(s)").

The Petition notifies the Court, as mandated by Local Rule 2.04(b)(1), that Mr. Klayman has been suspended from the bar of the District of Columbia effective October 17, 2022, for a period of eighteen months, with a requirement that he show fitness before being permitted to return to the practice of law. Petition at 22. The Petition further requests that this Court decline to impose reciprocal discipline. Id. at 1.

Despite attaching to the Petition about 500 pages of exhibits, most which come from the underlying discipline proceedings in the District of Columbia, Mr. Klayman requests that the matter be summarily decided in his favor. See id. at 5-6, Exs. A-K. If the Court is not inclined to do so, Mr. Klayman contends the Court should "request the record in this case from the Board [of Professional Responsibility for the District of Columbia]" so that the Court may "have a full understanding of the facts and issues in this matter." Id. at 5-6.

The Court is not willing to summarily decide the discipline issue in Mr. Klayman's favor. Further, Mr. Klayman has the burden of showing that reciprocal discipline is not warranted. See Matter of Calvo, 88 F.3d 962, 966-67 (11th Cir. 1996) (quoting Selling v. Radford, 243 U.S. 46, 51 (1917)). Given Mr. Klayman's burden, the Court will not take it upon itself to retrieve the underlying record of the District of Columbia proceedings.

Upon consideration, it is

**ORDERED:**

Mr. Klayman has until **January 27, 2023** to either: 1) file a notice stating that he stands on the Petition and attached exhibits that were already submitted to the Court; or 2) submit the entirety of the record for the disciplinary proceedings in the District of Columbia. **This deadline will not be extended except upon a showing of extraordinary circumstances.**

**DONE AND ORDERED** in Jacksonville, Florida on January 13, 2023.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Larry Klayman, Esquire