IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: LARRY KLAYMAN }<br>}<br>Petitioner } | **Case Number: 3:22-mc-14-TJC-JRK** |

## LARRY KLAYMAN'S STATUS REPORT

Petitioner Larry Klayman ("Mr. Klayman") hereby provides the Court with a status report on the status of the appeal to the District of Columbia Court of Appeals in *Klayman v. Sataki et al*, 22-CAB-5235 (D.C. Sup. Ct.) (the "Rule 60 Complaint"). As shown in the attached docket sheet, the status of this appeal has remained unchanged, with the case status being listed as "awaiting calendaring" and the next scheduled action being "ready to be calendared." Exhibit 1.

Dated: August 29, 2025                     Respectfully submitted,

                                            By: */s/ Larry Klayman*
                                            Larry Klayman, Esq.
                                            Klayman Law Group P.A.
                                            7050 W. Palmetto Park Rd
                                            Boca Raton, FL, 33433
                                            Tel: 561-558-5536 cell
                                            leklayman@gmail.com

                                            *Pro Se*

1

# EXHIBIT 1

# District of Columbia Court of Appeals

## Appellate E-Filing System
C-Track, the browser based CMS for Appellate Courts

Login

Find Case...

## Cases
- Case Search
- Participant Search

### Case Information: 24-CV-0226

| | | | |
|---|---|---|---|
| **Short Caption:** | LARRY KLAYMAN V. ELHAM SATAKI, ET AL. | **Classification:** | Appeals - Civil - General Civil (CAB) |
| **Superior Court or Agency Case Number:** | 2022-CAB-005235 | **Filed Date:** | 03/08/2024 |
| **Opening Event Date:** | 03/08/2024 | **Case Status:** | Awaiting Calendaring |
| **Record Completed:** | 12/19/2024 | **Post-Decision Matter Pending:** | |
| **Briefs Completed:** | 03/06/2025 | | |
| **Argued/Submitted:** | | | |
| **Disposition:** | | **Next Scheduled Action:** | Ready to be Calendared |
| **Mandate Issued:** | | | |

### Party Information

| Appellate Role | Party Name | IFP | Attorney(s) | Arguing Attorney | E-Filer |
|---|---|---|---|---|---|
| Appellant | Larry Klayman | N | Pro Se | | Y |
| Appellee | Elham Sataki | N | Matthew Cohen | N | Y |
| | | | Toni M. Jackson | Y | Y |
| | | | Cori B. Schreider | N | Y |
| Appellee | Hamilton P. Fox | N | Caroline L. Wolverton | Y | Y |
| | | | Mark MacDougall | N | Y |
| | | | Jane M. Mahan | N | Y |
| Appellee | Elizabeth A. Herman | N | Caroline L. Wolverton | Y | Y |
| | | | Mark MacDougall | N | Y |
| | | | Jane M. Mahan | N | Y |
| Appellee | H. Clay Smith, III | N | Caroline L. Wolverton | Y | Y |
| | | | Mark MacDougall | N | Y |
| | | | Jane M. Mahan | N | Y |
| Appellee | Julia L. Porter | N | Caroline L. Wolverton | Y | Y |
| | | | Mark MacDougall | N | Y |
| | | | Jane M. Mahan | N | Y |
| Appellee | Office of Disciplinary Counsel | N | Caroline L. Wolverton | Y | Y |
| | | | Mark MacDougall | N | Y |
| | | | Jane M. Mahan | N | Y |
| Appellee | Matthew Kaiser | N | Preston Burton | N | Y |
| | | | Jackson N. Hagen | N | Y |
| | | | Samantha Leff | Y | Y |
| Appellee | Michael Edward Tigar | N | Caroline L. Wolverton | Y | Y |
| | | | Mark MacDougall | N | Y |

|          |                      |   | Jane M. Mahan        | N | Y |
|----------|----------------------|---|----------------------|---|---|
| Appellee | Warren Anthony Fitch | N | Caroline L. Wolverton | Y | Y |
|          |                      |   | Mark MacDougall      | N | Y |
|          |                      |   | Jane M. Mahan        | N | Y |

## Events

| Event Date | Status | Description | Result | PDF |
|---|---|---|---|---|
| 03/08/2024 | Filed | Notice Of Appeal | | |
| 03/25/2024 | Filed | Appearance by Preston Burton, Esq. (Appellee Kaiser) | | |
| 03/25/2024 | Filed | Appearance by Jackson N. Hagen, Esq. (Appellee Kaiser) | | |
| 04/08/2024 | Filed | Order Sua Sponte that this appeal shall be referred to the mediation coordinator for mediation screening & Order that Mark MacDougall, Esquire, Jane M. Mahan, Esquire and Toni M. Jackson, Esquire shall register for this court's mandatory e-filing pursuant to Administrative Order 1-18 forthwith. | | 📄 |
| 04/08/2024 | Filed | Referred to Mediation | | |
| 04/19/2024 | Filed | Change Of Address Received from Mark MacDougall | | |
| 05/08/2024 | Filed | Screened Out | | |
| 05/17/2024 | Filed | Order Screening Out & Initial Order & Order that Toni M. Jackson, Esquire shall register for this court's mandatory e-filing pursuant to Administrative Order 1-18 forthwith. | | 📄 |
| 05/17/2024 | Filed | Record Index | | |
| 06/05/2024 | Filed | Redaction Certificate (Appellee Kaiser) | | 📄 |
| 06/06/2024 | Filed | Redaction Certificate (Appellant) | | 📄 |
| 06/11/2024 | Filed | Order that appellees Elham Sataki, Hamilton P. Fox, Elizabeth A. Herman, H. Clay Smith, III, Julia L. Porter, Office of Disciplinary Counsel, Michael Edward Tigar, and Warren Anthony Fitch shall, within 20 days from the date of this order, file a signed Redaction Certificate Disclosure Form. Appellees failure to comply with this order shall result in submission of this case to a merits panel on the record and appellant Larry Klayman and appellee Matthew Kaiser's briefs & Order that Toni M. Jackson, Esquire shall register for this court's mandatory e-filing pursuant to Administrative Order 1-18 forthwith. | | 📄 |
| 06/11/2024 | Filed | Motion For Leave to File Statement Regarding Transcript (Appellant) | Granted | 📄 |
| 06/11/2024 | Filed | Redaction Certificate (Appellee Fitch, Appellee Fox, Appellee Herman, Appellee Office of Disciplinary Counsel, Appellee Porter, Appellee Smith, Appellee Tigar) | | 📄 |
| 06/13/2024 | Filed | Order that appellant's motion for leave is granted and the lodged statement regarding transcripts is filed. & Order that Toni M. Jackson, Esquire shall register for this court's mandatory e-filing pursuant to Administrative Order 1-18 forthwith. | | 📄 |
| 06/13/2024 | Filed | Statement Regarding Transcript(s) (Appellant) | | |
| 06/20/2024 | Filed | Redaction Certificate (Appellee Sataki) | | 📄 |
| 08/16/2024 | Filed | Supplemental Record #1 (54 Pages/Tape) 1/26/24 proceeding | | |
| 08/19/2024 | Filed | Order that appellant shall, within 15 days from the date of this order advise this court as to the status of transcripts. Failure to comply with this order shall result in the dismissal of this appeal without further notice. See D.C. App. R. 13(a). | | 📄 |
| 09/03/2024 | Filed | Response to Order Directing Action (Appellant) | | |

| | | |
|---|---|---|
| 09/26/2024 | Filed | Order that the appellant shall order those transcripts from the Court Reporting and Recording Division of the Superior Court within 10 calendar days from the date of this order and file a statement with this court that the transcript order has been placed. Failure to comply with this order shall subject this appeal to dismissal without further notice. See D.C. App. R. 13(a) |
| 10/04/2024 | Filed | Response Filed (Appellant) |
| 12/19/2024 | Filed | Supplemental Record #2 (26 Pages/Tape) 2/3/23 proceeding |
| 12/19/2024 | Filed | Supplemental Record #3 (27 Pages/Tape) 3/24/23 proceeding |
| 12/19/2024 | Filed | Record Completed |
| 12/23/2024 | Filed | Briefing Order |
| 02/03/2025 | Filed | Brief (Redacted) (Appellant) |
| 02/03/2025 | Filed | Appendix (Appellant) |
| 02/11/2025 | Filed | Appearance by Cori B. Schreider (Appellee Sataki) |
| 03/05/2025 | Filed | Brief (Redacted) (Appellee Fitch, Appellee Fox, Appellee Herman, Appellee Kaiser, Appellee Office of Disciplinary Counsel, Appellee Porter, Appellee Smith, Appellee Tigar) |
| 03/05/2025 | Filed | Brief (Redacted) (Appellee Sataki) |
| 03/06/2025 | Filed | Briefing Completed |
| 03/18/2025 | Filed | ACTION - Ready for Calendaring - Summary |