IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: LARRY KLAYMAN | } } } | |
| Petitioner | } } } } } } | **Case Number: 3:22-mc-14-TJC-JRK** |

**LARRY KLAYMAN'S MOTION FOR EXTENSION OF TIME NUNC PRO TUNC AND/OR FOR CLARIFICATION**

Petitioner Larry Klayman ("Mr. Klayman") hereby moves the Court for an extension of time, nunc pro tunc if necessary, until and including December 8, 2025 to file his Petition pursuant to Local Rule 2.04(b)(2) to Chief Judge of this Court for relief not to automatically suspend him based on the November 6, 2025 Suspension Order of the Supreme Court of Florida.

Mr. Klayman has already provided notice of his suspension to both the Court in his November 10, 2025 Status Report, ECF No. 20, as well as to the Clerk of the Court separately on November 20, 2025. ECF No. 21. He intends to file a Petition with the Chief Judge of this Court not to automatically suspend him, but the twenty-one day deadline from fell on Thanksgiving Day, November 27 2025. During the holiday period, this deadline was inadvertently not calendared up by Mr. Klayman's small staff.

1

Furthermore, this motion is being made in an abundance of caution because the November 6, 2025 Suspension Order of the Supreme Court of Florida states that "[t]he suspension will be effective 30 days from the filing of this opinion…" Thus, it would appear that Mr. Klayman has until December 27, 2025 to file this Petition given that the November 6, 2025 order does not take effect until December 8, 2025 (the 30 days runs on a weekend), but this motion is being filed in an abundance of caution in case it is necessary. Mr. Klayman respectfully requests expedited clarification in this regard.

Importantly, Mr. Klayman informs the Court that he is currently challenging the November 6, 2025 Suspension Order and will be filing a Motion for Rehearing on or before December 3, 2025 along with a Motion to Stay the November 6, 2025 Suspension Order pending these challenges. He will file these pleadings with this Court so it will be on notice of the strength of his factual and legal arguments.

WHEREFORE, to the extent that it is required, Mr. Klayman respectfully requests an extension of time *nunc pro tunc* until December 8, 2025 to file his Petition pursuant to Local Rule 2.04(b)(2), or alternatively for clarification that such Petition would not be due until December 27, 2025.

Dated: December 2, 2025                         Respectfully submitted,

                                                By: */s/ Larry Klayman*_____
                                                Larry Klayman, Esq.
                                                Klayman Law Group P.A.

                                                                  7050 W. Palmetto Park Rd
                                                                  Boca Raton, FL, 33433
                                                                  Tel: 561-558-5536 cell
                                                                  leklayman@gmail.com

                                                                  *Pro Se*