UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: LARRY KLAYMAN                    Case No. 3:22-mc-14-JRK

_____

**O R D E R**

1. Larry Klayman's Motion for Extension of Time Nunc Pro Tunc and/or For Clarification (Doc. No. 22), filed December 2, 2025, is **GRANTED in part and DENIED in part.**

2. The Motion is **GRANTED** to the extent that Mr. Klayman shall have up to and including **December 8, 2025** to file a petition for relief pursuant to Local Rule 2.04(b)(2) regarding his Florida Bar suspension. Given that the instant miscellaneous case concerns a different disciplinary proceeding, **the forthcoming petition shall be filed in a new miscellaneous case,** with the proper miscellaneous filing fee paid to the Clerk.

3. The Motion is otherwise **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida on December 4, 2025.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

- 2 -

kaw
Copies to:
Larry Klayman, Esquire
Hon. Marcia Morales Howard, Chief U.S. District Judge
Clerk of Court