# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: LARRY KLAYMAN } | |
| } | |
| Petitioner } | **Case Number: 3:22-mc-14-TJC-JRK** |
| } | |

## EXPEDITED LARRY KLAYMAN'S MOTION FOR CLARIFICATION AND/OR PARTIAL RECONSIDERATION

Petitioner Larry Klayman ("Mr. Klayman") hereby respectfully moves the Court for clarification and/or partial reconsideration of the Court's December 4, 2025 order on Mr. Klayman's Motion for Extension of Time Nunc Pro Tunc and/or For Clarification. ECF No. 23.

Mr. Klayman thanks the Court for granting his request for an extension of time until December 8, 2025 to file his Local Rule 2.04(b)(2) Petition. In that Order, the Court held: "[g]iven that the instant miscellaneous case concerns a different disciplinary proceeding, the forthcoming petition shall be filed in a new miscellaneous case, with the proper miscellaneous filing fee paid to the Clerk." Mr. Klayman files this instant expedited motion to seek clarification from the Court with regard to the fact that the November 6, 2025 Suspension Order of the Supreme Court of Florida at issue now is a continuation of the order by the

1

District of Columbia Court of Appeals already at issue in this matter, *In re Klayman*, 20-BG-583 because it is an order granting reciprocal discipline. Reference to the Florida reciprocal discipline proceeding, which stems in large part from the prior fifteen (15) year old District of Columbia disciplinary proceeding which has been before and remains pending before the Magistrate Judge, is set forth in Mr. Klayman's November 10, 2025 Status Report, which was filed in this matter. *See* Exhibit 1. Thus, this new matter is substantially related to the prior matter.

WHEREFORE, Mr. Klayman respectfully requests clarification and/or partial rehearing on this issue and an order allowing him to file his Local Rule 2.04(b)(2) Petition electronically in the pending and related previous case. However, if it is deemed necessary to commence a separate proceeding, Mr. Klayman will also do so.

Dated: December 5, 2025            Respectfully submitted,

By: */s/ Larry Klayman*_____
Larry Klayman, Esq.
Klayman Law Group P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536 cell
leklayman@gmail.com

*Pro Se*