# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN RE: LARRY KLAYMAN                         Case No. 3:22-mc-14-JRK

_____

## **O R D E R**

Larry Klayman's Expedited Motion for Clarification and/or Partial Reconsideration (Doc. No. 24), filed December 5, 2025, is **DENIED**. The Court is well aware of the facts and circumstances of the instant matter and the Florida Supreme Court's suspension. A new miscellaneous case is the proper and orderly way to consider the petition for relief regarding the Florida Bar suspension. Accordingly, the Notice of Filing Petition Pursuant to Rule 2.04 (Doc. No. 25), filed December 8, 2025, is **STRICKEN**, and Mr. Klayman shall forthwith ensure the petition is **filed in a new miscellaneous case,** with the proper miscellaneous filing fee paid to the Clerk.

**DONE AND ORDERED** in Jacksonville, Florida on December 11, 2025.

*/s/ James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Larry Klayman, Esquire
Hon. Marcia Morales Howard, Chief U.S. District Judge
Clerk of Court