**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: LARRY KLAYMAN   Case No. 3:22-mc-14-JRK

_____

# O R D E R

In light of the Order entered February 13, 2026 in 3:25-mc-20-JRK (Doc. No. 4) suspending Mr. Klayman from the Bar of this Court, the Petition filed by Mr. Klayman in this matter (Doc. No. 1) is deemed **MOOT**. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida on February 18, 2026.

_____
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Larry Klayman, Esquire
Hon. Marcia Morales Howard, Chief U.S. District Judge
Clerk of Court